UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXXON MOBIL CORPORATION,

      Plaintiff,

-against-

ERIC TRADD SCHNEIDERMAN, Attorney General of New York, in his official capacity, and MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,

      Defendant.

---

16 MISC 458

Case No. _____

Civ. No. 4:16-CV-469-K in the United States District Court for the Northern District of Texas

DEC - 9 2016

CASHIER'S OFFICE
S.D.N.Y.

## 350.ORG'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, 350.org certifies that it is an independent, non-profit corporation organized under Section 501(c)(3) of the Internal Revenue Code. 350.org has no parent corporation and issues no stock, and thus no publicly-traded company holds any stock in 350.org.

Dated: December 9, 2016
   New York, New York

              CHADBOURNE & PARKE LLP

              By: _____
              Michael A. Samalin
              1301 Avenue of the Americas
              New York, New York 10019
              Tel: (212) 408-1141
              msamalin@chadbourne.com
              *Attorneys for Non-party 350.org*