UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>                                    Plaintiff,<br><br>-against-<br><br>MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,<br><br>                                    Defendants. | Case No. 16-mc-458<br>Related Case 4:16-cv-469-K in the United Stated District Court for the Northern District of Texas<br><br>**DECLARATION<br>OF SERVICE** |

Michael A. Samalin hereby declares as follows:

1. I am not a party to the above case, am in the employ of Chadbourne & Parke LLP, and am over the age of eighteen years old.

2. On December 9, 2016, I caused to be served by FedEx priority next day delivery, by hand and e-mail true and accurate copies of the following:

**NOTICE OF MOTION TO QUASH, MEMORANDUM OF LAW IN SUPPORT OF 350.ORG'S MOTION TO QUASH EXXON MOBIL'S SUBPOENA, DECLARATION OF MICHAEL SAMALIN, DECLARATION OF GILLIAN MAY BOEVE, RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND THE MISCELLANEOUS CASE COVER SHEET,**

By Hand to:
Justin Anderson
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, New York 10019

Via FedEx to:
Justin Anderson
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW|
Washington, DC 20006-1047


By email to: janderson@paulweiss.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2016
      New York, New York

                                                      Michael A. Samalin

2