UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 16, 2016
```

EXXON MOBIL CORPORATION,

          Plaintiff,

          v.

MAURA TRACY HEALEY, Attorney General of Massachusetts, in her official capacity,

          Defendant.

No. 1:16 Misc. 458-P1

STIPULATION SUSPENDING BRIEFING SCHEDULE

       This Stipulation is entered into between Plaintiff Exxon Mobil Corporation ("ExxonMobil") and Third-Party Movant 350.org.

       WHEREAS, on December 9, 2016, 350.org filed a motion to quash a third-party subpoena issued to it by ExxonMobil in a pending action in the United States District Court for the Northern District of Texas;

       WHEREAS, ExxonMobil has not yet filed papers opposing the motion to quash, or any cross-motion in connection with the subpoena;

       WHEREAS, on December 15, 2016, the United States District Court for the Northern District of Texas stayed all discovery in the underlying action pending further order of that Court;

       WHEREAS, ExxonMobil and 350.org wish to avoid potentially unnecessary litigation, and do not wish to burden this Court unnecessarily;

       NOW, THEREFORE, IT IS STIPULATED AND AGREED as follows:

1.     Briefing on 350.org's motion to quash is suspended; and

2.     If the stay of discovery is lifted by the United States District Court for the

1

Northern District of Texas, 350.org and ExxonMobil will meet and confer and propose a schedule to conclude briefing on 350.org's motion to quash and any cross-motions that ExxonMobil may make relating to the subpoena.

| | |
|---|---|
| CHADBOURNE & PARKE LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP |
| /s/ Abbe David Lowell | /s/ Daniel J. Toal |
| Abbe David Lowell | Theodore V. Wells, Jr. |
| adlowell@chadbourne.com | twells@paulweiss.com |
| Michael A. Samalin | Michele Hirshman |
| msamalin@chadbourne.com | mhirshman@paulweiss.com |
| 1301 Avenue of the Americas | Daniel J. Toal |
| New York, NY 10019-6022 | dtoal@paulweiss.com |
| (212) 408-5100 | Justin Anderson |
| | janderson@paulweiss.com |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | (212) 373-3000 |
| | Fax: (212) 757-3990 |
| *Counsel for 350.org* | *Counsel for Exxon Mobil Corporation* |

Dated: New York, New York
December 16, 2016

SO ORDERED.

/s/ Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

SITTING IN PART I